UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-148 PAM/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAKIRU A. MOMOH,<br><br>Defendant,<br><br>TWIN CITY CO-OPS<br>FEDERAL CREDIT UNION,<br><br>Garnishee. | STIPULATED FINAL ORDER<br>IN GARNISHMENT |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED

1. The garnishee shall immediately pay the sum of $1,233.90 to the United States; and

2. The remaining $500.00 of garnished funds is released to the defendant.

Dated: Sept. 17, 2003

Magistrate Judge Lebedoff
United States District Court

FILED SEP 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______