UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-148 PAM/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAKIRU A. MOMOH,<br><br>Defendant,<br><br>TCF BANK,<br><br>Garnishee. | **GARNISHMENT ORDER** |

TO: Shakiru Momoh, defendant at 1741 Hallmark Avenue North, Oakdale, MN 55128
TCF Bank, garnishee at 801 Marquette Avenue, Minneapolis, MN 55402

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about August 18, 2003.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about August 21, 2003. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $23.81 in checking.

On or about August 18, 2003, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a

FILED SEP 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on August 18, 2003, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: Sept. 17, 2003

Magistrate Judge
United States District Court