UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-148 PAM/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAKIRU A. MOMOH,

Defendant,

U.S. BANK,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on August 18, 2003, is hereby released.

Dated: Jan. 15, 2004

Magistrate Judge
United States District Court

FILED JAN 15 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK